UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO. 0:22-CR-00001-DLB-EBA-1

UNITED STATES OF AMERICA,            PLAINTIFF,

V.        **REPORT AND RECOMMENDATION**

LASHEA NICOLE HUDNALL,            DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

The Defendant, Lashea Nicole Hudnall, moves the Court to modify her restitution payment schedule for the duration of her incarceration. [R. 17]. The United States responded that, as of August 29, 2022, Hudnall is not obligated to participate in the Inmate Financial Responsibility Program within the Bureau of Prisons. [R. 19]. Thus, for the duration of her incarceration, Hudnall is not required to make payments toward her restitution. Accordingly,

**IT IS RECOMMENDED** that Defendant's motion [R. 17] be **DENIED AS MOOT**.

\*\*\* \*\*\* \*\*\* \*\*\*

The parties are directed to 28 U.S.C. § 636(b)(1) for a review of appeal rights governing this Recommended Disposition. Particularized objections to this Recommended Disposition must be filed with the Clerk of the Court within fourteen days of the date of service or further appeal is waived. Fed. R. Civ. P. 72(b)(2); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005). A general objection that does not "specify the issues of contention" is not enough to satisfy the requirement of written and specific objections. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). Poorly drafted objections, general objections, or objections that require a judge's interpretation should be afforded no effect and are not enough to preserve the right of appeal. *Howard v.*

*Secretary of HHS*, 932 F.2d 505, 508-09 (6th Cir. 1991). A party may respond to another party's objections within fourteen days of being served with a copy of those objections. Fed. R. Civ. P. 72(b)(2).

Signed September 14, 2022.



Signed By:
*Edward B. Atkins*
United States Magistrate Judge