**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 22-1-DLB-EBA**

**UNITED STATES OF AMERICA.**                                                                 **PLAINTIFF**

v.                                               **ORDER**

**LASHEA NICOLE HUDNALL**                                                            **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the September 14, 2022 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 20), wherein he recommends that Defendant's motion to modify her restitution payment schedule for the duration of her incarceration (Doc. # 17) be denied as moot. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.

The Court having reviewed the R&R, concluding that it is sound, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 20) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2)   Defendant's motion (Doc. # 17) is hereby **DENIED AS MOOT**.

This 11th day of October, 2022.



L:\DATA\ORDERS\Ashland Criminal\2022\22-1 Order adopting R&R.docx